IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LEAH RAE WINTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIGO ROAD HOSPITALITY GROUP; O-KU, LLC; O-KU NASHVILLE, LLC; O-KU ATLANTA, LLC; O-KU CHARLOTTE, LLC; O-KU JACKSONVILLE, LLC; and O-KU RALEIGH, LLC,<br><br>Defendants. | C.A. No.: 2:23-cv-05339-DCN<br><br><br>**CONSENT ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE** |

1. This matter comes before the Court upon joint motion of the Parties to approve settlement and dismiss this action pursuant to the requirements of the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq* ("FLSA").

2. Plaintiff Leah Rae Winter, formerly known as Leslie Guldenzoph, ("Plaintiff") filed a Complaint against Defendants The Indigo Road Hospitality Group ("IRHG") and O-Ku Nashville, LLC ("O-Ku Nashville") ("Defendants"), hereinafter collectively referred to as the Parties, as well as the previously dismissed Defendants O-Ku, LLC, O-Ku Atlanta, LLC, O-Ku Charlotte, LLC, O-Ku Jacksonville, LLC, O-Ku Raleigh, LLC, Oak Nashville, Management, LLC, Oak Raleigh, LLC, and Oak Alexandria, LLC, on behalf of herself and similarly situated plaintiffs, seeking relief under the FLSA.

3. This lawsuit has been pending before the Court since October 24, 2023.

4. The Parties fully and finally resolved their disputes and memorialized these settlement terms in a Waiver, Release and Settlement Agreement ("Agreement").

5. The Agreement resolves the bona fide dispute among the Parties and all of Plaintiff's claims of any nature.

6. The Court, after reviewing the Agreement and the declarations of Plaintiffs' counsel submitted in support of their Motion for Attorneys' Fees and Costs, finds that it is a fair and reasonable compromise of the disputed issues, including the apportionment of the settlement proceeds and the payment of attorney's fees and litigation-related expenses to Plaintiff's counsel.

7. Based upon the above, for good cause having been shown, by and with the consent of counsel for the Plaintiff and counsel for the Defendants, the Court hereby approves the settlement, including the Waiver, Release and Settlement Agreement, and dismisses this action with prejudice, with each party bearing its own costs, attorneys' fees and expenses, except as provided in the Waiver, Release and Settlement Agreement.

**IT IS SO ORDERED.**

This the 6th day of May, 2025.

_____
David C. Norton
United States District Court Judge